ERNEST D. LINDLEY, Respondent, *v.* CHARLES A. CAMP-BELL, Appellant.

*Lindley* v. *Campbell*, 149 App. Div. 935, affirmed.
(Argued January 29, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 1, 1912, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover a balance alleged to be due under a building contract, and for extra work alleged to have been performed.

*Edgar V. Bloodough* for appellant.

*Fred B. Pitcher* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, HOGAN and MILLER, JJ. Dissenting: WERNER and COLLIN, JJ.